**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

National Steel Car Ltd.,                           :           Misc. No.

                    *Plaintiff,*          :

           v.                           :

FreightCar America, Inc.,                       :

                  *Defendant.*         :

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

**NATIONAL STEEL CAR LTD'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45 TO COMPEL NONPARTY BLK LAW GROUP'S COMPLIANCE WITH SUBPOENAS**

Pursuant to Federal Rule of Civil Procedure 45, Plaintiff National Steel Car Ltd., through its attorneys, moves for an Order directing BLK Law Group ("BLK") to (1) produce a privilege log of documents responsive to Plaintiff's document subpoena in view of BLK's refusal to produce documents on the basis of attorney-client privilege; and (2) designate a corporate representative to testify at a FRCP 30(b)(6) deposition, pursuant to the subpoenas dated March 27, 2025, issued in the pending action in the United States District Court for the District of Delaware, *National Steel Car Ltd. v. FreightCar America, Inc.*, Civil Action No. 24-00594-JLH-CJB. In support of this motion, Plaintiff submits its Memorandum of Law, which is being filed herewith, as well as a Proposed Order.

Dated: March 26, 2026

Respectfully submitted,

By: /s/ Jacqueline M. Lesser
ICE MILLER LLP
Jacqueline M. Lesser, PA Bar No. 204622
1735 Market St., Suite 3900
Philadelphia, PA 19103
jacqueline.lesser@icemiller.com
(215) 815-4089

*Attorneys for Plaintiff National Steel Car Ltd.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing PLAINTIFF NATIONAL STEEL CAR LTD'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS was served on non-party BLK Law Group by electronic mail to Blynn l. Shideler, blynn@blklawgroup.com, and defendant FreightCar America, Inc., by electronic mail to defendant's counsel:

Justin Gillett, justin.gillett@knobbe.com
Sean Murray, sean.murray@knobbe.com
Brian Horne, brianlhorne@knobbe.com
LitFCAL.001L@knobbe.com
John C. Phillips, Jr., jcp@pmhdelaw.com
David A. Bilson, dab@pmhdelaw.com

Dated: March 26, 2026

/s/Julie Whitney_____