**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

National Steel Car Ltd.,                              :              Misc. No.

                      *Plaintiff,*        :

              v.                              :

FreightCar America, Inc.,                          :

                  *Defendant.*        :

– – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

**[PROPOSED] ORDER GRANTING NATIONAL STEEL CAR LIMITED'S MOTION TO
COMPEL COMPLIANCE WITH SUBPOENAS**

Plaintiff, National Steel Car Ltd., having moved for an order compelling non-party BLK Law Group's compliance with subpoenas seeking production of documents and a discovery deposition under Federal Rule of Civil Procedure 45; and the Court having considered any opposition thereto; and for good cause appearing; it is hereby ORDERED that:

1) BLK Law Group produce a privilege log that conforms to the requirements of Fed. R. Civ. P. 45(e)(2), along with any responsive, non-privileged documents or things in its possession, custody, or control, within ten (10) days of this Order; and

2) BLK Law Group produce a corporate representative for oral deposition on the topics listed in Plaintiff's Subpoena to Testify at a Deposition in a Civil Action to BLK Law Group within twenty (20) days of its compliance with paragraph 1) above, at the Renaissance Pittsburgh Hotel or such other location to be agreed upon by the parties; and

3) This Court shall retain jurisdiction over this matter for purposes of compliance with this Order.

IT IS SO ORDERED.

                                      _____

                                      United States District Judge